IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **THSIA BRIGGINS** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**ELWOOD TRI, INC.** and )<br>**HONDA MANUFACTURING OF** )<br>**ALABAMA, LLC,** )<br>)<br>**Defendants.** )<br>)<br>) | **CIVIL ACTION NO.**<br>**1:08-CV-1861-KOB**<br>**(and Related Cases)** |

**FINAL ORDER APPROVING SETTLEMENT**
**AND DISMISSING ACTION**

In accordance with the magistrate judge's report and recommendation, adopted and accepted by the court in the contemporaneously-filed Memorandum Opinion, the court ORDERS that the proposed settlement agreement (Attachment "B") is hereby APPROVED, except that Paragraph 9 of the proposed settlement agreement is REJECTED and STRICKEN from the agreement, and that portion of Paragraph 10 allowing defendants to seek fees and expenses in connection with any motion to enforce the settlement is REJECTED and STRICKEN *only* with respect to any plaintiff who is able to establish that he was not aware of the proposed settlement or was otherwise prevented from objecting to it until after this date.

The parties are DIRECTED to proceed with execution of the settlement agreement, including the distribution of the agreed overtime sums for each plaintiff and the execution of releases in favor of the defendants.

The attorneys' fees, expenses, and costs of the plaintiffs are AWARDED to plaintiffs' counsel, payable by defendants consistent with the settlement agreement and as set out in the magistrate judge's report and recommendation adopted by the court.

This action and those listed in Attachment "A" are hereby DISMISSED WITH PREJUDICE; however, the court retains jurisdiction for a period of one hundred twenty days for purposes of enforcement of the settlement agreement.

The Clerk is DIRECTED to enter this Order and the accompanying Memorandum Opinion in each of the cases in Attachment "A."

DONE and ORDERED this the 11th day of March, 2014.

_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE